UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lewis J. Thorney, Meleisha Thorney and Milton Thorney,

    PLAINTIFFS,

VS.

Vincent J. D'Elia, Esq., Thomas M. McCarthy, Esq., Anthony P. Bufano, III, Esq., and D'Elia & McCarthy, a partnership,

    DEFENDANTS.

Rule 7.1 Statement

#2

JUDGE SCHEINDLIN

05 CV 1970

Pursuant to Federal Rules of Civil Procedure 7.1 [Formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for D'Elia & McCarthy (a private and non-governmental party) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said parent, which are publicly held:

NONE

Dated 2/9/05

Solomon & DeCapua
Attorneys for defendants, Vincent J. D'Elia, Esq., Thomas M. McCarthy, Esq., Anthony P. Bufano, III, Esq., and D'Elia & McCarthy, a partnership,

430 Sunrise Highway
Rockville Center, NY 11570
(516) 764-2226

by:

*Harold Solomon*
Harold Solomon, a member of the firm
Bar Code: HS8372