UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
LEWIS J. THORNEY, MELISHA
THORNEY and MILTON THORNEY,

                Plaintiffs,

   -against-                                **JURY DEMAND**
                                                  05 cv 1970 [SAS]

VINCENT J. D'ELIA, Esq.,
THOMAS M. McCARTHY, Esq.,
ANTHONY P. BUFANO, III, Esq., and
D'ELIA & McCARTHY, a partnership,

                Defendants.
------------------------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that pursuant to Fed.Rules Civ.Rule 81 [c], 28 U.S.C.A. Plaintiff demands trial by jury.

      Pursuant to Fed.Rules Civ.Rule 81 [c], 28 U.S.C.A., the state law applicable to matters arising in Supreme Court of the State of New York do not require that an express demand in order to claim trial by jury be made until the case is certified ready for trial.

Dated: New York, New York
         March 29, 2005

                                                              Andrew Lavoott Bluestone
                                             [alb8964]
                                                 233 Broadway, 27th Floor
                                                 New York, NY 10279
                                                 (212) 791-5600