UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - -x

Lewis J. Thorney, Meleisha Thorney, and Milton Thorney

Plaintiff,

- against -

Vincent J. D'Elia, Esq., Thomas M. MaCarthy, Esq., Anthony P. Bufano, al Delia & McCarthy, a partnership

Defendant(s).

- - - - - - - - - - - - - - - - - - - - - - - - - - -x

USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE: 3/29/05

SCHEDULING ORDER

05 Civ. 1970 (SAS)
Conference Date:

WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) on March 16, 2005 (the "Order); and

WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

(1) the date of the conference and the appearances for the parties;

March 28, 2005   Andrew Lavoott Bluestone for Plaintiff, Fitch, King & Caffentzu, by Richard C. King for defendant.

(2) a concise statement of the issues as they then appear;

Defendants represented plaintiff in a personal injury matter in Bronx County. Plaintiff alleges that the summons and complaint filed too late, and service never made on underlying defendants.

(3) a schedule including:

(a) the names of persons to be deposed and a schedule of planned depositions;

Both Partner & attorneys; no depositions by Defendant of plaintiffs.

(b) a schedule for the production of documents;

Defendant to provide entire underlying legal file by 4/10/05. Defendant does not seek any documents from plaintiff.

(c) dates by which (i) each expert's reports will be supplied to the adverse side and (ii) each expert's deposition will be completed;

EXPERTS on attorney malpractice to be named by 6/1/05. EXPERTS to be deposed by 7/15/05

(d) time when discovery is to be completed;

(e) the date by which plaintiff will supply its pre-trial order matters to defendant; 7/29/05

(f) the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and   8/26/05

(g) a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court at the conference.

_____Aug 2 at 4:30_____ (leave blank)

(4) a statement of any limitations to be placed on discovery, including any protective or confidentiality orders;

(5) a statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement;

(6) anticipated fields of expert testimony, if any;  Attorney malpractice in situation in which no summons and complaint filed or served within CPLR limits.

(7) anticipated length of trial and whether to court or jury;  2-3 days

(8) a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference of when justice so requires;

(9) names, addresses, phone numbers and signatures of counsel;

SO ORDERED:

_____
SHIRA A. SCHEINDLIN
U.S.D.J.    3/28/05

Andrew Bluestone
233 Broadway Ste 2702
New York, NY 10279
(212) 791-5600

Richard C. King
Richard C. King
116 John Street
Suite 1106
New York, NY 10038
(212) 349-7000