**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
:
THORNEY, et al.,
:
              **Plaintiffs,**     :
:
            **-against-**     :
:
D'ELIA, et al.,
:
          **Defendants.**    :
------------------------------------------------------------X

**SUSPENSE ORDER**

**05 Civ. 1970 (SAS)**

USDC SDNY
... ...ICALLY FILED
DOC #:
DATE FILED: 8/2/05

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      IT IS HEREBY ORDERED that the Clerk of the Court place the above-captioned case on the suspense docket for four months. On December 2, 2005, this case will be re-instated to the Court's active docket regardless of the status of the Bronx case.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
          August 2, 2005

**Appearances**

**For Plaintiffs:**

Richard C. King, Esq.
Fitch, King and Caffentzis
115 John Street
New York, New York 10038
(212) 349-7000

**For Defendants:**

Andrew L. Bluestone, Esq.
233 Broadway, Suite 2702
New York, New York 10279
(212) 791-5600