UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LEWIS J. THORNEY, MELISHA
THORNEY and MILTON THORNEY,

                       Plaintiffs,

-against-

VINCENT J. D'ELIA, Esq.,
THOMAS M. McCARTHY, Esq.,
ANTHONY P. BUFANO, III, Esq., and
D'ELIA & McCARTHY, a partnership,

                       Defendants.
------------------------------------------------------------X



RECEIVED
CHAMBERS OF
JAN 2 2 2008
JUDGE SCHEINDLIN

STIPULATION + ORDER
05 cv 1970 [SAS]

U.S. DSONY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/08

IT IS HEREBY STIPULATED by and between the parties that:

    a. This legal malpractice action was commenced on January 3, 2005 in New York state court and removed. The underlying personal injury action was dismissed;

    b. The dismissal of the underlying personal injury action which gave rise to this Legal Malpractice action has been vacated;

    c. However, under state law, all prior unappealed decisions may be appealed upon a final judgment; and

    d. Plaintiff is willing to discontinue, without prejudice to renewal should the underlying order vacating the dismissal be reversed upon a future appeal; and

    e. It is hereby stipulated that this action is discontinued without prejudice to renewal should the order of vacatur which opened the dismissal be reversed in the future; and

    f. The action may be restored upon the filing of a communication to the court which sets

forth the happening of the set forth event, upon notice to all parties.

Dated:   New York, New York
         January 22, 2008

_____
Vincent D'Elia, Esq.
Defendant and Attorney for
All Defendants

_____
Andrew Lavoott Bluestone
[alb8964]
233 Broadway, Suite 2702
New York, NY 10279

The clerk is directed to close this case. So Ordered.

*[signature]* USDJ
1/22/08